Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Facsimile: (619) 241-8309

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. et. al.,<br><br>    Plaintiff,<br>  vs.<br><br>PRISTINE DENTAL SUPPLIES, INC., et. al.,<br><br>    Defendants. | **Case No: 18-cv-0o606-JLS-DFM**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Judge: Hon. Josephine L. Stanton |

Notice of Settlement

All parties to the above-captioned action do hereby notify the Court pursuant to Local Rule 16-15.7 that the parties have reached settlement of the material issues in dispute in the above captioned case and will file a Notice or Stipulation Of Dismissal With Prejudice as to the named defendants and without as to the putative class within thirty (30) days. The Parties will file a request for dismissal of Plaintiff's individual claims with prejudice upon final settlement.

DATED: May 18, 2018                 **PRATO & REICHMAN, APC**

                                     _/s/ Christopher J. Reichman_____
                                     By: Christopher J. Reichman,
                                     Attorney for Defendants,
                                     PRISTINE DENTAL SUPPLIES,
                                     INC., MOSAMMAT PARVIN
                                     AKHTER, MOHAMED
                                     SLAHUDDIN

DATED: May 18, 2018                 **EDWARDS POTTINGER LLC**

                                     _/s/ Seth M. Lehrman_____
                                     By: Seth M. Lehrman,
                                     Attorney for Plaintiffs,
                                     RYOO DENTAL, INC, and the
                                     putative class

# ATTESTATION

I hereby attest that Seth M. Lehrman has given me approval to file this Joint Notice of Settlement. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 18, 2018                 **PRATO & REICHMAN, APC**

                                                              /s/ Christopher J. Reichman
                                                     By: Christopher J. Reichman,
                                                     Attorney for Defendants,
                                                     PRISTINE DENTAL SUPPLIES, INC., MOSAMMAT PARVIN AKHTER, MOHAMED SLAHUDDIN

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

  __X__  Via ECF

Seth M. Lehrman, Esq.
Edwards Pottinger LLC
425 North Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

DATED: May 18, 2018      **PRATO & REICHMAN, APC**

                _/s/ Christopher J. Reichman_____
                By: Christopher J. Reichman,
                Attorney for Defendants,
                PRISTINE DENTAL SUPPLIES,
                INC., MOSAMMAT PARVIN
                AKHTER, MOHAMED
                SLAHUDDIN