JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a/ RYOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRISTINE DENTAL SUPPLIES, INC. d/b/a PRISTINE DENTAL SUPPLY, MOSAMMAT PARVIN AKHTER d/b/a PRISTINE DENTAL SUPPLY, and MOHAMED SALAHUDDIN d/b/a PRISTINE DENTAL SUPPLY,<br><br>Defendants. | Case No. 8:18-cv-00606-JLS-DFM<br><br>Class Action<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Judge: Josephine L. Staton<br><br>Complaint filed: April 12, 2018 |

The Court, having considered the Joint Stipulation for Dismissal ("the Stipulation"), the parties' analysis of the *Diaz* factors, and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Ryoo Dental, Inc. d/b/a/ Ryoo ("Plaintiff"), in its individual capacity against Pristine Dental Supplies, Inc. d/b/a Pristine Dental Supply, Mosammat Parvin Akhter d/b/a Pristine Dental Supply, and Mohamed Salahuddin d/b/a Pristine Dental Supply ("Defendants").

-1-

3. The above-entitled action is hereby dismissed without prejudice as to all Class claims alleged against Defendants.

4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties.

SO ORDERED

Dated: August 15, 2018

_____
HON. JOSEPHINE L. STATON